UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VIRGINIA AYALA, **Plaintiff,** vs. DYNAMIC RECOVERY SOLUTIONS, LLC, **Defendant.** | Civil Action No. _____ **NOTICE OF REMOVAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

**PLEASE TAKE NOTICE** that Defendant, Dynamic Recovery Solutions, LLC ("Defendant" or "DRS"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the County Court of the 17th Judicial Circuit in and for Broward County, Florida, identified by case number COCE-21-034977, to the United States District Court for the Southern District of Florida, and shows the Court as follows:

1. This action was commenced in the County Court of the 17th Judicial Circuit in Broward County, Florida, by serving Plaintiff's Complaint on Defendant on July 2, 2021.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Summons is attached hereto as "Exhibit 1" and a true and accurate copy of the Complaint is attached hereto as "Exhibit 2."

3. Defendant was served with the Complaint on July 2, 2021, via Personal Service.

4. Plaintiff Virginia Ayala ("Plaintiff") brought this action against Defendant for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, *et seq.* ("FCCPA").

5. This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This Court has supplemental jurisdiction over Plaintiff's FCCPA state law claim pursuant to 28 U.S.C. § 1367 against Defendant because this claim arises from the same series of events, arises from the same set of operative fats, relates to the same alleged wrongful conduct, and forms part of the same case or controversy as the federal claims alleged.

7. The County Court of the 17th Judicial Circuit in Broward County, Florida is located in the Southern District of Florida, 28 U.S.C. § 89(c). Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

8. The instant Notice of Removal is being filed within the thirty (30) days of Defendant having been served with the Summons and Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

9. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

10. Defendant will file a true and accurate copy of this Notice of Removal with the County Court of the 17th Judicial Circuit for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** DRS respectfully requests that the aforementioned State Court Action, now pending in the County Circuit Court of the 17th Judicial Circuit in Broward County, Florida, be removed to the United States District Court for the Southern District of Florida.

This the 26th day of July, 2021.

                                          Respectfully submitted,

                                        /s/ Dale T. Golden
                                        Dale T. Golden, Esquire
                                        FBN:  0094080
                                        /s/ Charles J. McHale
                                        Charles J. McHale, Esq.
                                        FBN:  0026555
                                        **GOLDEN SCAZ GAGAIN, PLLC**
                                        201 North Armenia Avenue
                                        Tampa, FL 33609
                                        Phone:  813-251-5500
                                        Fax:  813-251-3675
                                        Email:  dgolden@gsgfirm.com
                                        Email:  cmchale@gsgfirm.com
                                        *Attorneys for Defendant*