UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61525-CIV-SMITH

**VIRGINIA AYALA**,

    *Plaintiff*,

*v.*

**DYNAMIC RECOVERY SOLUTIONS, LLC**,

    *Defendant*.
_____/

## ORDER OF TRANSFER

This matter is before the Court on the Notice of Related Filing [DE 16]. Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case No. 21-61516-CIV-RKA, and subject to the consent of Judge Roy K. Altman, it is

**ORDERED** that the above numbered case is transferred to the calendar of Judge Roy K. Altman for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 25th day of October, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, 21-61525-CIV-RKA, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 25th day of October 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record